# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

In Re: Harry A. Volkman; Anita E. Volkman     Case No.: 10-42185

Chapter: 13

Judge: Hon. Donald R. Cassling

**Statement in Response to Notice of Final Cure Payment**

### Part 1:   Pre-Petition Arrears

Creditor ☑ agrees or ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

    If creditor disagrees:

        Amount due to cure pre-petition arrears:   $ _____

        Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*.

### Part 2:   Post-petition Arrears

***Outside the plan:*** Creditor ☑ agrees or ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid outside the Chapter 13 Plan directly to the secured creditor.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due outside the plan: $ _____

        Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, using the form *Certification Re Post-Petition Payment History (Note and Mortgage)*.

***Inside the plan:*** Creditor ☑ agrees or ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid through the Chapter 13 Plan.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due inside the plan: $ _____

        Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, citing court orders or *Notices of Fees, Expenses and Charges* issued during the case.

### Part 3: Sign Here

The person completing this Statement must sign it. Print your name and other identifying information. Check the appropriate box.

☑ I am the creditor.               ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I certify under penalty of perjury that the foregoing is true and correct.

*(signed)* Richard L. Barth Jr.
Signature                           Date: 10/8/2015

Print: Richard L. Barth, Jr.         Vice President
       Name                          Title

Itasca Bank and Trust Company
Company

308 W. Irving Park Rd.
Address

Itasca, IL 60143

(630) 773-0350
Phone                                Email

### Part 4: Service

Notice Mailed to:

Debtor(s) (address): 1357 Prestwick Lane, Itasca, IL 60143

Debtor(s)' Counsel:
   ☑ Via CM/ECF
   ☐ Via email (email address): _____
   ☑ Via US Mail (address):  55 E. Monroe St., Ste. 3400, Chicago, IL 60603

Trustee:
   ☑ Via CM/ECF

new.9/1/10

## CERTIFICATE OF SERVICE

To:  Harry A. Volkman            Geraci Law L.L.C.
     Anita E. Volkman            55 E. Monroe Street
     1357 Prestwick Lane         Suite 3400
     Itasca, IL  60143           Chicago, IL  60603

The undersigned certifies that on October 9, 2015, I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the attached Statement in Response to Notice of Final Cure Payment using the Court's ECF system, which automatically results in the transmission, by e-mail to all parties in this action who have registered to use the ECF in the Bankruptcy Court for the Northern District of Illinois, of a notice of electronic filing that constitutes service, pursuant to the general order issued by this Court and the Federal Rules of Civil Procedure, and I served notice of the aforementioned document upon the parties listed above by mailing a copy to the parties at the address indicated via first class mail by depositing the same in the U.S. mail at 20 N. Clark, Chicago, Illinois, proper postage prepaid before 5:00 p.m. on October 9, 2015.

[✓]   Under penalty of perjury, I certify
      that the statements set forth
      forth herein are true and correct.

_____
Signature